

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2020

No. 04-20-00441-CV

**IN THE INTEREST OF D.F.S., C.S.S., AND C.R.S., CHILDREN,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02723
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. In this case, appellant, R.C., filed her notice of appeal on September 8, 2020.

Appellant's brief was originally due on October 26, 2020. On October 26, 2020, appellant was granted an extension until November 16, 2020. On November 16, 2020, appellant filed a second motion for extension of time, requesting a two-day extension. We GRANT the motion and ORDER appellant to file her brief **no later than November 18, 2020**.

**No further extensions of time will be granted** and, if the brief is not filed by November 18, 2020, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions should be imposed against appellant's counsel for failing to timely file appellant's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court